IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SHARON DAVIS o/b/o**
**JERRY DAVIS**                                                                                        **PLAINTIFF**

VS.                                          CASE NO. 3:14CV00235 PSH

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                                        **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice.  The relief sought is denied.

DATED this 14th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE